KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
STEVEN M. GEVERCER, State Bar No. 112790
Supervising Deputy Attorney General
STEPHEN C. PASS, State Bar No. 131179
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 322-2558
 Fax: (916) 322-8288
 E-mail: Stephen.Pass@doj.ca.gov
*Attorneys for Defendants State of California by and through Department of Motor Vehicles, Eugene Brathwaite and Sylvia Thomas*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **NAIEL AMMARI and TURLOCK RV CENTER, INC., dba BEST RV,**<br><br>Plaintiffs,<br><br>v.<br><br>**STATE OF CALIFORNIA; EUGENE BRATHWAITE, in his individual and official capacity; SYLVIA C. THOMAS, in her individual and official capacity; and DOES 1-20, inclusive,**<br><br>Defendants. | 1:11-CV-00867 OWW DLB<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO SUMMONS AND COMPLAINT**<br><br>**[Eastern District L.R. 144]**<br><br>Action Filed:  May 27, 2011 |

   Pursuant to Eastern District Local Rule 144, it is HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Defendants State of California, by and through Department of Motor Vehicles; Eugene Brathwaite; and Sylvia Thomas may extend time to July 15, 2011 to respond to the summons and complaint in this matter.

   No other extensions of time have been obtained to date, and this extension of time is no more than twenty eight days and will not materially delay the litigation of this matter.

1

Dated: June 29, 2011

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
STEVEN M. GEVERCER
Supervising Deputy Attorney General


*/s/Stephen C. Pass*

STEPHEN C. PASS
Deputy Attorney General
*Attorneys for Defendants State of California by and through Department of Motor Vehicles, Eugene Brathwaite and Sylvia Thomas*

Dated: June 29, 2011

_____*/s/ Leo James Terrell*_____

LEO JAMES TERRELL
*Attorneys for Plaintiffs Naiel Ammari and Turlock RV Center, Inc., dba Best RV.*

IT IS SO ORDERED.

Dated:   **July 1, 2011**            **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE

2

Stip. for Ext. of Time to Respond to Complaint  (1:11-CV-0867 OWW DLB)