KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
PETER A. MESHOT, State Bar No. 117061
Supervising Deputy Attorney General
KEVIN W. REAGER, State Bar No. 178478
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5331
 Fax: (916) 322-8288
 E-mail: Kevin.Reager@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **NAIEL AMMARI and TURLOCK RV CENTER, INC., dba BEST RV,**<br><br>Plaintiffs,<br><br>v.<br><br>**STATE OF CALIFORNIA; EUGENE BRATHWAITE, in his individual and official capacity; SYLVIA C. THOMAS, in her individual and official capacity; and DOES 1-20, inclusive,**<br><br>Defendants. | 1:11-CV-0867 LJO DLB<br><br>**STIPULATION TO EXTEND NON-EXPERT DISCOVERY CUT-OFF; [PROPOSED] ORDER**<br><br>Judge:   The Honorable Lawrence J. O'Neill |

TO THE HONORABLE COURT:

The parties hereby stipulate to extend the non-expert discovery cut-off currently set for December 28, 2012, for purposes of granting Plaintiffs Turlock RV Center, Inc., and Naiel Ammari to provide responsive documents to Defendant's Request for Production of Documents, Set 1 and for the depositions of Turlock RV Center, Inc., Naiel Ammari, Sylvia C. Thomas and Eugene Brathwaite. Plaintiffs will produce documents responsive to Defendant's Request for Production of Documents, Set 1, no later than January 14, 2013, and the depositions of Turlock

1

RV Center, Inc., Naiel Ammari, Sylvia C. Thomas and Eugene Brathwaite will be completed by February 15, 2013.

Good cause exists for the extension because the evidence relating to Plaintiffs' claimed business losses is voluminous.  Given the intervening holidays, the parties will not be able to obtain all of the documentary evidence and complete the percipient depositions in accordance with the current schedule.  No other deadlines or cut-offs set forth in the case scheduling order will be affected by the extension.

IT IS SO STIPULATED.

Dated:  December 18, 2012                    Respectfully submitted,

                                                                          LAW OFFICES OF LEO JAMES
                                                                          TERRELL


                                                                          /s/ Leo James Terrell
                                                                          LEO JAMES TERRELL
                                                                          *Attorneys for Plaintiffs*


Dated:  December 18, 2012                    Respectfully submitted,

                                                                          KAMALA D. HARRIS
                                                                          Attorney General of California
                                                                          PETER A. MESHOT
                                                                          Supervising Deputy Attorney General

                                                                          /s/ Kevin W. Reager

                                                                          KEVIN W. REAGER
                                                                          Deputy Attorney General
                                                                          *Attorneys for Defendants*

IT IS SO ORDERED. The parties are hereby advised that no further extensions shall be granted absent a showing of manifest injustice.

IT IS SO ORDERED.

Dated: __**December 18, 2012**__            __/s/ Lawrence J. O'Neill__
                                                                  UNITED STATES DISTRICT JUDGE