# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAIEL AMMARI, et al.,<br><br>           Plaintiffs,<br><br>   v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>           Defendants._____/ | CASE NO. 1:11-cv-00867-LJO-SAB<br><br>ORDER ADDRESSING DEFENDANTS' OBJECTION TO THE ORDER CONTINUING THE SETTLEMENT CONFERENCE |

On December 14, 2012, an order issued setting the settlement conference in this action for February 7, 2013, at 10:00 a.m. On December 17, 2012, Defendants filed an objection stating that defense counsel would be unavailable on the date set for the conference and requesting that the conference be continued until late March or early April. There is no need to file an objection to the settlement conference date. Defense counsel is advised that should a hearing date set by the court need to be moved, counsel should coordinate with the parties in the action to obtain available dates. Counsel should then contact the courtroom deputy who will check the court calendar and issue a minute order resetting the hearing. The courtroom clerk will then advise if there is a need to file a motion or objection to a set settlement date.

Accordingly, IT IS HEREBY ORDERED that, within fourteen (14) days from the date of service of this order, defense counsel shall contact Mamie Hernandez at 559-499-5672 with alternate dates for the settlement conference.

IT IS SO ORDERED.

Dated:   **January 17, 2013**            /s/ Stanley A. Boone
                                  UNITED STATES MAGISTRATE JUDGE

1