# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAIEL AMMARI, et al.,<br><br>        Plaintiffs,<br><br>   vs.<br><br>STATE OF CALIFORNIA, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. CV F 11-0867 LJO SAB<br><br>**ORDER ON FURTHER SUMMARY JUDGMENT PAPERS OR TO STRIKE DEFENSE SUMMARY JUDGMENT MOTION**<br>(Docs. 62, 63.) |

The parties have responded to this Court's order to show cause regarding defendants' failure to file a joint statement of undisputed facts and certification that the parties met and conferred to satisfy scheduling order requirements. Based on the parties' responses, this Court will strike and will not hear defendants' summary judgment motion unless defendants, no later than May 10, 2013:

1. Pay $950 to plaintiffs as a sanction and which is based on two hours multiplied by the $475 hourly rate of plaintiffs' counsel; and

2. Submit to plaintiffs a proposed a joint statement of undisputed facts for plaintiffs' review and comment for revision.

If defendants satisfy conditions 1 and 2, this Court ORDERS:

1. Defendants, no later than May 10, 2013, to file and serve papers to indicate that they have satisfied conditions 1 and 2;

2. The parties to meet, confer and cooperate to file a joint statement of undisputed facts no

later than May 17, 2013;

3. Plaintiffs, no later than May 24, 2013, to file and serve papers to oppose summary judgment; and

4. Defendants, no later than May 31, 2013, to file and serve optional summary judgment reply papers.

This Court VACATES the May 30, 2013 hearing on defendants' summary judgment motion and will rule on the motion on the record without a hearing, if the summary judgment motion is not stricken. This Court deems this order appropriate relief for plaintiffs and will impose no further sanctions on defendants without an absolute showing of good cause. A F.R.Civ.P. 11 sanctions or other similar motion filed by plaintiffs is subject to striking.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. This Court ADMONISHES the parties and counsel that they must obey the Federal Rules of Civil Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court deems appropriate.

IT IS SO ORDERED.

**Dated:   April 30, 2013**                         **/s/  Lawrence J. O'Neill**
                                                    UNITED STATES DISTRICT JUDGE