# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAIEL AMMARI, et al.,<br><br>          Plaintiffs,<br>  vs.<br>STATE OF CALIFORNIA, et al.,<br><br>          Defendants.<br>_____/ | CASE NO. CV F 11-0867 LJO SAB<br><br>**ORDER TO TERMINATE**<br>**DEFENSE SUMMARY JUDGMENT MOTION**<br>(Docs. 62.) |

    Based on defendants' response to this Court's April 30, 2013 order (doc. 68), this Court terminates defendants' summary judgment motion (doc. 62). This Court will make no ruling on the summary judgment motion, which is deemed withdrawn. This Court will entertain no opposition papers from plaintiffs. The clerk is directed to term doc. 62.

    IT IS SO ORDERED.

**Dated:**   **May 10, 2013**             /s/ **Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE